No. 85–5117.   BROWN v. NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–5131.   PRESSLEY v. FLORIDA.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 85–5133.   SAILOR v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 85–5140.   PITTS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 85–5167.   HEMPHILL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 85–5185.   TAYLOR v. BEST ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5230.   HELLER v. BOYD ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–5237.   CORNETT v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 85–5408.   DISE v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–5421.   LOWE v. COX COMMUNICATIONS, INC.   Ct. App. Ga.   Certiorari denied.

No. 85–5425.   PITTMAN v. BLACK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 85–5428.   PRESTON v. TEXAS.   Ct. App. Tex., 5th Sup. Jud. Dist.   Certiorari denied.

No. 85–5433.   SANCHEZ v. ROTH ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–5436.   IN RE STURM.   Sup. Ct. Cal.   Certiorari denied.

No. 85–5444.   LEWINGDON ET AL. v. OHIO ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 85–5457.   FORSYTH v. LARSEN, ACTING WARDEN.   C. A. 4th Cir.   Certiorari denied.